# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-1747

_____

Stella Thomas

*Plaintiff - Appellant*

v.

Wells Fargo Bank, N.A.

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: December 9, 2022
Filed: December 14, 2022
[Unpublished]

_____

Before LOKEN, GRUENDER, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Stella Thomas brought this action against her former employer, Wells Fargo Bank, N.A., alleging multiple instances of racial and gender discrimination and

retaliation. The district court[1] dismissed the action in June 2020 pursuant to a stipulation of dismissal but granted Thomas's motion to reopen after she rescinded the settlement agreement. After substantial discovery, the district court granted Wells Fargo's motion for summary judgment. Thomas appeals, raising numerous issues. After careful review, we affirm for the reasons stated in the district court's thorough Opinion and Order. See Stella Thomas v. Wells Fargo Bank, N.A., File No. 19-cv-482, Opinion and Order (D. Minn. Mar. 11, 2022); 8th Cir. Rule 47B.

_____

[1]The Honorable Eric C. Tostrud, United States District Judge for the District of Minnesota.